119

(No. 74-CC-74—Claimant )

Moore Business Forms, Inc., Claimant, *vs.* State of Illinois, Department of Finance, Respondent.

*Opinion filed November 13, 1973.*

Moore Business Forms, Inc., Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 74-CC-85—Claimant )

S & L Motor Parts, Inc. and S & L Central Auto Supply, Inc., Claimant, *vs.* State of Illinois, Department of General Services, Respondent.

*Opinion filed November 13, 1973.*

S & L Motor Parts, Inc., and S & L Central Auto Supply, Inc., Claimant, pro se.

William J. Scott, Attorney General; William E. Webber; Assistant Attorney General, for Respondent.

Per Curiam.